# Exhibit A

"2018 - Año del Centenario de la Reforma Universitaria"



Ministerio de Relaciones Exteriores y Culto

Direction File N° N° 736/2018

Letter N° 3402/18

Buenos Aires, 20 ABR 2018

United States Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. Box 14360
Washington, D.C. 20004 Team
United States of America
Attn.: Mrs. Marcia Robinson.

**In Re: "ACEVEDO JORGE EDUARDO on TESTAMENTARY SUCCESSION on ANCILLARY PROCEEDINGS N° 1- PLAINTIFF: LICHTMANN, TOMÁS JACOBO AND ANOTHER, DEFENDANT: ACEVEDO, MARÍA MARTA on COLLECTION OF LEGAL FEES-CIVIL ANCILLARY PROCEEDINGS" (Case n° 1048/2008/1).**

As the Argentine Central Authority for the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matter of March 1970, we are sending these Letters Rogatories for service.

In those proceedings, **the Court has ordered to issue letters rogatory so that Your Honor requires THE BANK OF NEW YORK MELLON, with address at 225 Liberty St. (One Wall Steet), New York, NY 10286, United States of America, to report:** whether or not there are or have been any savings accounts or checking accounts in the name of Mr. Alberto Teodoro Indij (Argentine ID Card N° ▇▇▇▇) and Mr. Tomás Jacobo Lichtmann (Argentine ID Card N° ▇▇▇▇), sending copies of the records of the transactions attached hereto. If appropriate, the Court requests that the banking secrecy be lifted.

In the other proceedings, the Court has ordered to issue letters rogatory so that Your Honor requires PERSHING LLC, with address at One Pershing Plaza Jersey City, NJ 07399, United States of America, to report: whether or not there are or have been any savings accounts or checking accounts in the name of Ms. María Marta Acevedo (Argentine ID Card N° 5806592) sending copies of the records of the transactions attached hereto. If appropriate, the Court requests that the banking secrecy be lifted.

MAY - 9 2018

Generado por DAJINGES BNO:3063/2018
Carpeta 736/2018

CIV-189-44-18-4/5

"2018 - Año del Centenario de la Reforma Universitaria"



Ministerio de Relaciones Exteriores y Culto

Once the rogatory letter has been executed, we will appreciate to send it back to the following address:

Ministerio de Relaciones Exteriores y Culto.
Dirección de Asistencia Jurídica Internacional
Esmeralda 1212, 4° piso (1007)
Buenos Aires, Argentina

Yours sincerely,

Please,
JCC

Dra. MARIA SEOANE de CHIODI
Directora de Asistencia Jurídica
Internacional

Generado por DAJINGES BNO:3063/2018
Carpeta 736/2018

TRADUCCIÓN PÚBLICA
[CERTIFIED TRANSLATION]
LETTERS ROGATORY

[Stamp:] Trial Court No. 65 on Civil Matters in and for the City of Buenos Aires
Buenos Aires, October 26, 2017
Ms. Maria Gabriela Fernández Zurita, judge in charge of Trial Court No. 65 on Civil Matters in and for the City of Buenos Aires, Argentine Republic.
To the pertaining court with competent jurisdiction in the United States of America.
GREETINGS

There is a case pending before Trial Court No. 65 on Civil Matters in and for the City of Buenos Aires, Argentine Republic, under the charge of Ms. Gabriela Fernández Zurita, Unnumbered Clerk's Office, under the charge of Mr. Diego Martín de la Iglesia, located at Avenida de los Inmigrantes 1950, piso 6, Ciudad Autónoma de Buenos Aires, Argentina, entitled "ACEVEDO JORGE EDUARDO on TESTAMENTARY SUCCESSION on ANCILLARY PROCEEDINGS No. 1—PLAINTIFF: LICHTMANN, TOMÁS JACOBO AND ANOTHER, DEFENDANT: ACEVEDO, MARIA MARTA on COLLECTION OF LEGAL FEES—CIVIL ANCILLARY PROCEEDINGS" (Case No. 1048/2008/1), over which this court has jurisdiction by virtue of the subject matter and territory.

In such proceedings, Mr. Tomás Jacobo Lichtmann and Mr. Alberto Teodoro Indij, both with address for service of process at Talcahuano 718, piso 10, Ciudad Autónoma de Buenos Aires, Argentina, filed a complaint for the recovery of monies against Ms. María Marta Acevedo, with address for service of process at Uruguay 750, piso 8, Ciudad Autónoma de Buenos Aires, Argentina. Such complaint is based on an alleged debt for unpaid professional fees claimed by the plaintiffs against Ms. Acevedo for their work in the succession proceedings of Mr. Jorge Eduardo Acevedo.

The complaint involves the recovery of monies allegedly owed by Ms. María Marta Acevedo.

In those proceedings, the Court has ordered to issue letters rogatory so that Your Honor requires **THE BANK OF NEW YORK MELLON**, with address at 225 Liberty St. (One Wall Street), New York, NY 10286, United States of America, to report: whether or not there are or have been any savings accounts or checking accounts in the name of Mr. Alberto Teodoro Indij (Argentine ID Card No. ▮▮▮▮) and Mr. Tomás Jacobo Lichtmann (Argentine ID Card No. ▮▮▮▮), sending copies of the records of the transactions attached hereto. If appropriate, the Court requests that the banking secrecy be lifted.

The relevant section of the decision ordering the letters rogatory states: "Buenos Aires, June 14, 2017... Be the diplomatic letters rogatory offered on page 272 sent. So decided. Signed by Ms. María Gabriela Fernández Zurita, Judge."

The plaintiffs in this action are Mr. Tomás Jacobo Lichtmann and Mr. Alberto Teodoro Indij, both with address for service of process at Talcahuano 718, piso 10, Ciudad Autónoma de Buenos Aires.

The defendant is Ms. María Marta Acevedo, residing at Ugarteche 3222, piso 7, Ciudad Autónoma de Buenos Aires, Argentina, and with address for service of process at Uruguay 750, piso 8, Ciudad Autónoma de Buenos Aires, Argentina.

I hereby respectfully ask Your Honor to duly entertain this request, and I offer reciprocity for analogous cases.
SIGNED AND SEALED on October 26, 2017.
[Signature] Ms. María Gabriela Fernández Zurita. Civil Judge.
[Signature] Mr. Diego M. de la Iglesia. Clerk.

[Stamp:] Certification of the Court of Appeals on Civil Matters, City of Buenos Aires ------------
The Court of Appeals on Civil Matters in and for the City of Buenos Aires certifies in Buenos Aires, on November 2, 2017 that the signature and stamp above are similar to the ones in our records. ------
[Signature] Ms. Mariana Irigaray, Administrative Assistant Clerk, Court of Appeals on Civil Matters, Certifications. ------

APOSTILLE---------
(Convention de La Haye du 5 octobre 1961) -------
1. Country: Argentina -------
This public document -------
2. Has been signed by MARIANA IRIGARAY -------
3. Acting in the capacity of AUTHORIZING OFFICER -------
4. Bears the seal/stamp of COURT OF APPEALS -------
Certified -------
5. at Buenos Aires on 6. 11/08/2017-------
7. By the Unit of Certification Coordination. Ministry of Foreign Affairs and Worship----------
8. Number 246949/2017 -------
9. Stamp: 90-------
10. [Signature:] PAULA MELISA TOMAS -------
Unit of Coordination, Ministry of Foreign Affairs and Worship -------
Type of Document: JUDICIAL CERTIFICATION.-------
Owner of Document: ACEVEDO JORGE EDUARDO. -------

Julius Bär-------
Payments -------
Client: CONTO 16.6673-------
Client No. 0016.6673 -------
Account: ███████ SAVINGS ACCOUNT IN U.S. DOLLARS-------
IBAN: ███████-------
Manager: +41 (0) 58 888 11 11 -------
Date: November 3, 2009-------
Charge -------
Beneficiary: PERSHING LLC, ONE PERSHING PLAZA, NEW JERSEY 07399 NJ-------
Value date: November 3, 2009 -------
Currency: U.S. dollars-------
Amount: 433,468.00 -------
Charged to: -------
Account: ███████ SAVINGS ACCOUNT IN U.S. DOLLARS-------
IBAN: ███████-------
Value date: November 3, 2009 -------
Amount in U.S. dollars: 433,468.00-------
To be credited to:-------
Beneficiary: PERSHING LLC, ONE PERSHING PLAZA, NEW JERSEY 07399 NJ-------
Account: ███████-------
Bank: THE BANK OF NEW YORK MELLON, ONE WALL STREET, NEW YORK -------
Communication: FCC: ACC.AO 1014655 -------
Name: Alberto T. Indij and/or Tomas J. Lichtmann-------

Additional information: Order date: November 2, 2009.----------------------------------------
Unsigned notice ----------------------------------------------------------------------------------
Sincerely, ------------------------------------------------------------------------------------------
Bank Julius Baer & Co. Ltd. ----------------------------------------------------------------------
Bahnofstrasse 36, CH-8010 Zurich---------------------------------------------------------------
Telephone: +41 (0) 58 888 11 11, Facsimile +41 (0) 58 888 11 22 ------------------------
Page 1 of 1 ----------------------------------------------------------------------------------------
Notice | Reference: BPS.09355.87973.00 | AVBPS005----------------------------------------
[Signature] ----------------------------------------------------------------------------------------
Mr. Guillermo R. Lucero Funes --------------------------------------------------------------
Attorney-at-Law----------------------------------------------------------------------------------
License in the City of Buenos Aires, Vol. 58, Folio 36. -------------------------------------
License in the Province of Buenos Aires (San Martín Bar Association), Vol. XI, Folio 352. ------
[Handwritten:] 246. ----------------------------------------------------------------------------
[Signature] ----------------------------------------------------------------------------------------
Mr. Diego M. de la Iglesia, Clerk----------------------------------------------------------------

[*For certification purposes:*] This is a translation into English of the original document in Spanish attached hereto. City of Buenos Aires, Argentine Republic, November 28, 2017. --------
Es traducción al inglés del documento en español que se adjunta. Buenos Aires (República Argentina), 28 de noviembre de 2017.------------------------------------------------------------

Mariano M. Vitetta
Traductor público
Idioma Inglés
Mat. T.° XIX F.° 148 Cap. Fed.
Inscrip. C.T.P.C.B.A. N.° 7275




# COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## **LEGALIZACIÓN**

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a VITETTA, MARIANO MATÍAS que obran en los registros de esta institución, en el folio 148 del Tomo 19 en el idioma INGLÉS

Legalización número: **93592**

Buenos Aires, 28/11/2017




GUSTAVO A. SIGALOFF
JEFE DE LEGALIZACIONES
COLEGIO DE TRADUCTORES PÚBLICOS
DE LA CIUDAD DE BUENOS AIRES

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 36045193592

Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.
The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.
THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.
LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.
LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.
A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.
DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.

**EXHORTO**

Buenos Aires, 26 de octubre de 2017

María Gabriela Fernández Zurita, Juez Nacional de Primera Instancia en lo Civil, a cargo del Juzgado N° 65 de la Ciudad de Buenos Aires, República Argentina.---------
Al Señor Juez que corresponda, con jurisdicción y competencia en los Estados Unidos de América.-----------------------------------------------------------------------
SALUDA, EXHORTA Y HACE SABER: Que por ante el Juzgado Nacional de Primera Instancia en lo Civil N° 65 de la Ciudad de Buenos Aires, República Argentina, a cargo de la Dra. María Gabriela Fernández Zurita, Secretaría única, a cargo del Dr. Diego Martín de la Iglesia, con sede en la calle Av. de los Inmigrantes 1950 sexto piso de la ciudad de Buenos Aires, tramitan los autos **"ACEVEDO JORGE EDUARDO s/ SUCESIÓN TESTAMENTARIA S/ INCIDENTE N° 1 - ACTOR: LICHTMANN, TOMÁS JACOBO Y OTRO DEMANDADO: ACEVEDO, MARIA MARTA S/ EJECUCION DE HONORARIOS - INCIDENTE CIVIL"** (Expediente número: 1048/2008/1), en los cuales el suscripto es competente en razón de la materia y jurisdicción.-----------------------------------
Que en los autos referidos los Sres. Tomás Jacobo Lichtmann y Alberto Teodoro Indij, con domicilio constituido en la calle Talcahuano 718 Piso 10 de la Ciudad Autónoma de Buenos Aires, promovieron una demanda por cobros de sumas de dinero contra la Sra. María Marta Acevedo, con domicilio constituido en la calle Uruguay 750 piso 8° de la Ciudad Autónoma de Buenos Aires. Dicha demanda se encuentra motivada en una presunta deuda por honorarios profesionales que los actores reclaman a la Sra. Acevedo por su intervención en el proceso sucesorio del Sr. Jorge Eduardo Acevedo.---------------------------------------------------------
La demanda iniciada promueve una acción por cobro de sumas de dinero por montos supuestamente debidos por la Sra. María Marta Acevedo.-------------------------
En tal marco, he dispuesto librar la presente rogatoria a fin de que Vuestra Señoría tenga a bien solicitarle a **THE BANK OF NEW YORK MELLON**, con domicilio en 225 Liberty St (One Wall Street), New York, NY 10286 que informe: si existen o existieron cuentas corrientes o cajas de ahorro a nombre de Alberto Teodoro Indij

(DNI: ███████) y Tomás Jacobo Lichtmann (DNI: ███████), remitiendo copia de las constancias de las transferencias que se acompañan al presente y, en su caso, levantando el secreto bancario si este existe.------------------------------------------------

La providencia que ordena la presente rogatoria en su parte pertinente reza: "Buenos Aires, 14 de junio de 2017... líbrense los exhortos diplomáticos ofrecidos a fs. 272. Lo que así se decide. Firmado. María Gabriela Fernández Zurita. Juez".-------------

Los actores de la presente demanda son: Tomás Jacobo Acevedo y Alberto Teodoro Indij, ambos con domicilio legal en la calle Talcahuano 718 piso 10 de la Ciudad de Buenos Aires.---------------------------------------------------------------------------

El demandado es la Sra. María Marta Acevedo con domicilio real en la calle Ugarteche 3222 piso 7° Ciudad de Buenos Aires, y domicilio legal constituido en la calle Uruguay 750 piso 8° de la Ciudad Autónoma de Buenos Aires.--------------------

RUEGO Y EXHORTO el fiel cumplimiento de la presente rogatoria y le ofrezco reciprocidad para casos análogos que se produzcan en esta Jurisdicción.----------------

DADO Y SELLADO a los 26 del mes de octubre de 2017.-----------------------------

Sin otro particular, lo saludo atentamente.-----------------------------------------------------

Diego M. de la Iglesia
Secretario

MARIA GABRIELA FERNÁNDEZ ZURITA
Juez en lo Civil

LA CAMARA NACIONAL DE APELA-
CIONES EN LO CIVIL CERTIFICA EN

Bs. As.  - 2 NOV 2017

QUE LA FIRMA Y SELLO QUE ANTECE-
DEN GUARDAN SIMILITUD CON LAS
CONSTANCIAS DE NUESTRO REGISTRO

MARIANA IRIGARAY
PROSECRETARIA ADMINISTRATIVA
LEGALIZACIONES CAMARA CIVIL



# REPÚBLICA ARGENTINA
## MINISTERIO de RELACIONES EXTERIORES Y CULTO

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. País _____ARGENTINA_____
El presente documento público
2. Ha sido firmado por MARIANA IRIGARAY
3. Quien actúa en calidad de FUNCIONARIO HABILITANTE
4. Lleva el sello/timbre de CAMARA DE APELACIONES
   Certificado
5. En BUENOS AIRES 6. El día 08/11/2017
7. Por__UNIDAD DE COORDINACION LEGALIZACIONES__
   MINISTERIO DE RELACIONES EXTERIORES Y CULTO

8. Bajo el Número: 246949/2017
9. Sello/Timbre: 90



PAULA MELISA TOMAS
Unidad de Coordinación      10. Firma
Ministerio de Relaciones Exteriores
y Culto

Tipo de Documento: CERTIFICACION JUDICIAL
Titular del Documento: ACEVEDO JORGE EDUARDO



2017246949

6843EE081092E5010A31456E28B3F36B

M. Vitetta
público
inglés
148 Cap. Fed.
C.A. N.° 7273;

Pagos

Julius Bär

Cliente
No. Cliente          CONTO
Cuenta                              USD CUENTA CORRIENTE
IBAN
Gestor               +41 (0) 58 888 11 11
Fecha                03.11.2009



Con cargo en    Cuenta                    USD CUENTA CORRIENTE
                IBAN
                Fecha Valor   03.11.2009
                USD           433'468.00

A crédito       Beneficiario   PERSHING LLC.
                               ONE PERSHING PLAZA
                               NEW JERSEY 07399 NJ

                Cuenta         890-051238-5

                Banco          THE BANK OF NEW YORK MELLON
                               ONE, WALL STREET
                               NEW YORK

Comunicación                   FFC: ACC
                               NAME: ALBERTO T. INDO AND/OR
                               TOMAS J. LICHTMANN

Información adicional          Fecha orden  02.11.2009

Aviso sin firma

Atentamente
Bank Julius Baer & Co. Ltd.
Bahnhofstrasse 36, apartado de correos, CH-8010 Zürich
Teléfono +41 (0) 58 888 11 11, Fax +41 (0) 58 888 11 22

Página 1 de 1
Notificación ] Referencia: BPS.09355.87973.00   | AVBPS005

GUILLERMO R. CUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

246

Diego M. de la Iglesia
Secretario



LE :REFLEJAR SRL

Montevideo    12/ July /2010

Messrs.
**Pershing LLC**

This letter authorizes you to make the following funds / securities movement from my account held at Pershing LLC.

### ACCOUNT TO BE TRANSFERED FROM

Account number
Account name    MARIA MARTA ACEVEDO

If funds movement, amount to be transferred USD 59,180.46
(Fifty Nine Thousand One Hundred Eighty with 46/100 USD Dollars )

### ACCOUNT TO BE TRANSFERED TO

Account number
Account name    Tomas Lichtmann

Best regards,

Signature...........

Montevideo    12/July/2010

Messrs.

GUILLERMO R. LUCERO FUNES
ABOGADO
T° 58 P° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

247

Diego M. de la Iglesia
Secretario

Montevideo  15/ October /2010

Messrs.
**Pershing LLC**

This letter authorizes you to make the following funds / securities movement from my account held at Pershing LLC.

### ACCOUNT TO BE TRANSFERRED FROM

Account number
Account name    MARIA MARTA ACEVEDO

If funds movement, amount to be transferred 7,693.35.- USD
( SEVEN THOUSAND SIX HUNDRED NINETY THREE WITH 35/100 US DOLLARS)

### ACCOUNT TO BE TRANSFERED TO

Account number
Account name    TOMAS LICHTMANN

Best regards,

Signature.....................
         Maria Marta Acevedo
VERIFIED

GUILLERMO R. LUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

248

Diego M. de la Iglesia
Secretario

Montevideo   15/ October /2010

Messrs.
**Pershing LLC**

This letter authorizes you to make the following funds / securities movement from my account held at Pershing LLC.

### ACCOUNT TO BE TRANSFERED FROM

Account number
Account name    MARIA MARTA ACEVEDO

If funds movement, amount to be transferred 7,693.36.- USD
( SEVEN THOUSAND SIX HUNDRED NINETY THREE WITH 35/100 US DOLLARS)

### ACCOUNT TO BE TRANSFERED TO

Account number
Account name    TOMAS LICHTMANN

Best regards,

Signature................................
            Maria Marta Acevedo

VERIFIED

GUILLERMO R. LUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

248

Diego M. de la Iglesia
Secretario



Montevideo    03/ November /2010

Messrs.
**Pershing LLC**

This letter authorizes you to make the following funds / securities movement from my account held at Pershing LLC.

## ACCOUNT TO BE TRANSFERED FROM

Account number
Account name    **MARIA MARTA ACEVEDO**

If funds movement, amount to be transferred 14,795.12.- USD
( FOURTEEN THOUSAND SEVEN HUNDRED NINTY FIVE WITH 12/100 US DOLLARS)

## ACCOUNT TO BE TRANSFERED TO

Account number
Account name    **TOMAS LICHTMANN**

Best regards,       VERIFIED

Signature

VERIFIED

GUILLERMO R. LUGGRO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

Diego M. de la Iglesia
Secretario



Montevideo, 08/ April /2011

Messrs.
**Pershing LLC**

This letter authorizes you to make the following funds / securities movement from my account held at Pershing LLC.

### ACCOUNT TO BE TRANSFERED FROM

Account number
Account name    MARIA MARTA ACEVEDO

If funds movement, amount to be transferred 7,565.- USD
( SEVEN THOUSAND FIVE HUNDRED SIXTY FIVE US DOLLARS)

### ACCOUNT TO BE TRANSFERED TO

Account number
Account name    TOMAS LICHTMANN

Best regards,

Signature ......................
MARIA ACEVEDO
DNI

GUILLERMO R. TUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.B.M.

251

Diego M. de la Iglesia
Secretario

MONTEVIDEO, 01/ Sept/ 2011

Pershing LLC:

Ref:

This letter authorizes you to make the following movement from my account holding at Pershing LLC.

Pls transfer USD 1,117.- (ONE THOUSAND ONE HUNDRED SEVENTEEN US AMERICAN DOLLARS)

From [____] NAME MARIA MARTA ACEVEDO into [____] NAME TOMAS LICHTMANN

SIGNATURE _____
MARIA MARTA ACEVEDO
DNI 5806 592

VERIFIED

GUILLERMO R. LUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

Diego M. de la Iglesia
Secretario

DE :REFLEJAR SRL            N° DE TEL :48038362

MONTEVIDEO, 05/ Dec/ 2011

Pershing LLC:

Ref:

This letter authorizes you to make the following movement from my account holding at Pershing LLC.

Pls transfer USD 1,971.-- (ONE THOUSAND NINE HUNDRED SEVENTY ONE US AMERICAN DOLLARS)

From NAME MARIA MARTA ACEVEDO into NAME TOMAS LICHTMANN

SIGNATURE _____
MARIA MARTA ACEVEDO
DNI 5806593

VERIFIED

GUILLERMO R. LUCERO FUNES
ABOGADO
T° 58 F° 36 C.P.A.C.F.
T° XI F° 352 C.A.S.M.

25

Diego M. de la Iglesia
Secretario